United States District Court
Southern District of Texas
**ENTERED**
August 21, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **SAMIR SULTANALI SUTAR, et al,** | § § § § § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-2555 |
| **KIKA SCOTT, et al,** | § § § | |
| Defendants. | § | |

## MEMORANDUM AND RECOMMENDATION

On August 20, 2025, *pro se* Plaintiffs filed a motion to withdraw their case. (ECF No. 6). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the Court recommends this case be dismissed and terminated.

The Clerk shall send copies of this Memorandum and Recommendation to the respective parties who have fourteen days from the receipt thereof to file written objections thereto pursuant to Federal Rule of Civil Procedure 72(b) and General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

**SIGNED** in Houston, Texas on August 21, 2025.

Richard W. Bennett
United States Magistrate Judge